PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



**FILED**

**Dec 14, 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH PAUL HERRERA KINNEY,<br><br>Defendant. | CASE NO. **2:23-cr-0318 TLN**<br><br>18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Marijuana; 18 U.S.C. § 922(o) – Unlawful Possession of a Machinegun; 26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm (13 counts); 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

## I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms]

The Grand Jury charges: T H A T

JOSEPH PAUL HERRERA KINNEY,

defendant herein, beginning no later than on or about December 28, 2021, and continuing to on or about July 6, 2022, in the County of Solano, State and Eastern District of California, not being a licensed dealer and manufacturer of firearms as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing and manufacturing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

///

///

///

INDICTMENT

1

COUNT TWO: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Marijuana]

The Grand Jury further charges: T H A T

JOSEPH PAUL HERRERA KINNEY,

defendant herein, on or about January 18, 2023, in the County of Solano, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE: [18 U.S.C. § 922(o) – Unlawful Possession of a Machinegun]

The Grand Jury further charges: T H A T

JOSEPH PAUL HERRERA KINNEY,

defendant herein, on or about January 18, 2023, in Solano County, State and Eastern District of California, did knowingly possess a machinegun, as defined in Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), as identified more fully below:

| Count | Make | Model | Serial Number | ATF Item # |
|---|---|---|---|---|
| 3 | Unknown | Conversion kit | None | 33 |

in violation of Title 18, United States Code, Section 922(o).

COUNTS FOUR THROUGH SIXTEEN: [26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm]

The Grand Jury further charges: T H A T

JOSEPH PAUL HERRERA KINNEY,

defendant herein, on or about January 18, 2023, in the County of Solano, State and Eastern District of California, did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845(a)(7), which was not registered to him in the National Firearms Registration and Transfer Record, as identified more fully below:

///

///

///

INDICTMENT

2

| Count | Item | Serial Number | ATF Item # |
|---|---|---|---|
| 4 | Cylindrical metal silencer | None | 23 |
| 5 | Cylindrical metal silencer | None | 24 |
| 6 | Cylindrical metal silencer | None | 26 |
| 7 | Cylindrical metal silencer | None | 27 |
| 8 | Cylindrical metal silencer | None | 28 |
| 9 | Cylindrical metal silencer | None | 31 |
| 10 | Cylindrical metal silencer | None | 36 |
| 11 | Cylindrical metal silencer | None | 39 |
| 12 | Cylindrical metal silencer | None | 40 |
| 13 | Cylindrical metal silencer | None | 41 |
| 14 | Cylindrical metal silencer | None | 42 |
| 15 | Cylindrical metal silencer | None | 43 |
| 16 | Cylindrical metal silencer | None | 44 |

All in violation of Title 26, United States Code, Section 5861(d).

FORFEITURE ALLEGATION:  [21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1.      Upon conviction of Count Two of this Indictment, defendant JOSEPH PAUL HERRERA KINNEY shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

a.      Any real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offense.

b.      A sum of money equal to the total amount of proceeds obtained as a result of the offense, for which defendant is convicted.

2.      Upon conviction of one or more of the offenses alleged in Counts One and Three of this Indictment, defendant JOSEPH PAUL HERRERA KINNEY shall forfeit to the United States pursuant

INDICTMENT

to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offenses.

3.     Upon conviction of one or more of the offenses alleged in Counts Four through Sixteen of this Indictment, defendant JOSEPH PAUL HERRERA KINNEY shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, any firearm involved in, or property used or intended to be used in the commission of the offenses.

4.     If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Sixteen of this Indictment, for which defendant is convicted:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

_____
FOREPERSON

_____
PHILLIP A. TALBERT
United States Attorney

INDICTMENT

4

2:23-cr-0318 TLN

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

JOSEPH PAUL HERRERA KINNEY

## I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms;
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Marijuana;
18 U.S.C. § 922(o) – Unlawful Possession of a Machinegun;
26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm (13 counts);
21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

## /s/ Signature on file w/AUSA

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _14th_ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _December_ _ _ _ _ _ _ _ _ _, *A.D. 20* _ _23_ _

/s/ Shelly Her

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $* No Bail Bench Warrant

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

December 14, 2023

GPO

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2:23-cr-0318 TLN

## United States v. Joseph Paul Kinney Herrera
### Penalties for Indictment

**COUNT 1:**

VIOLATION:                18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing and Manufacturing Firearms

PENALTIES:                Imprisonment of up to 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT:    $100 (mandatory)


**COUNT 2:**

VIOLATION:                21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Marijuana

PENALTIES:                Up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years and up to life

SPECIAL ASSESSMENT:    $100 (mandatory)


**COUNT 3:**

VIOLATION:                18 U.S.C. § 922(o) – Possession of a Machinegun

PENALTIES:                Maximum of 10 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT:    $100 (mandatory)


**COUNTS 4–16:**

VIOLATION:                26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm

PENALTIES:                Maximum of 10 years in prison,

Fine of up to $10,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT:   $100 (mandatory on each count)

## FORFEITURE ALLEGATION:

VIOLATION:                21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and
                          28 U.S.C. § 2461(c) – Criminal Forfeiture

PENALTIES:                As stated in the charging document